# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | SHELLY L HUGHES |
| **Case Number:** | 0:09-BK-01502-JMM    **Chapter:** 13 |
| **Date / Time / Room:** | FRIDAY, JULY 17, 2009 09:30 AM   VIDEO CONF ROOM |
| **Bankruptcy Judge:** | JAMES M. MARLAR |
| **Courtroom Clerk:** | ROBERT TOWNSEND |
| **Reporter / ECR:** | PAT HALL |

## *Matter:*

ONE MINUTE FINAL HEARING ON MOTION FOR RELIEF FROM STAY FILED BY COUNTRY WIDE HOME LOANS SERVICING LP (CONT FR 6/12)

**R / M #:**   24 / 0

## *Appearances:*

KELLY ORDUNO, ATTORNEY FOR SHELLY L HUGHES
LEONARD J. MCDONALD, ATTORNEY FOR COUNTRYWIDE HOME LOANS SERVICING

## *Proceedings:*

Mr. McDonald states there's no dispute regarding the debtor being in default from February, 2009 onward. He adds the debtor is trying to work out a modification with Bank of American.

Ms. Orduno agrees and states she is waiting for the contact information. She states the debtor is attempting to make payments toward the arrearages.

Court:    It is ordered lifting the stay. Mr. McDonald may upload a form of order.