*HUNT, GROGAN, MEERCHAUM & HOSSLER*
330 W. 24th St. - P.O. Box 2919
Yuma, Arizona 85366-2919
(928) 783-0101 Phone
(928) 783-2788 Fax

Candice L. Orduno- State Bar No. 024499
Attorney for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>SHELLY L. HUGHES,<br><br>    Debtor.<br>_____<br>BAC HOME LOANS SERVICING, L.P. fka COUNTRYWIDE HOME LOANS SERVICING, L.P.,<br><br>    Movant,<br><br> v.<br><br>SHELLY L. HUGHES, Debtor; RUSSELL A. BROWN, Trustee;<br><br>    Respondents. | No. 0:09-bk-01502-JMM<br>Chapter 13<br><br>NOTICE OF FILING MOTION FOR RELIEF FROM JUDGMENT AND NOTICE OF PRELIMINARY/STATUS HEARING<br><br>September 11, 2009 at 9:15 A.M.<br><br>RE: Real Property Located at<br>   1734 W. 27th St.<br>   Yuma, AZ 85364 |

   NOTICE IS HEREBY GIVEN that the above Debtor/Respondent, Shelly Hughes, by and through counsel undersigned, has filed a Motion for Relief from Judgment pursuant to Federal Rules of Civil Procedure 60(b)(6), the details of which are as follows:

   The Debtor assets that the Motion for Relief from the Automatic Stay was granted without the establishment of a prima facie case regarding cause for the lift of the stay, and without proof of the lack of evidence or adequate protection. Therefore, Debtor requests an Order reversing the ruling of July 24, 2009 and reinstating the automatic stay.

   IT IS FURTHER NOTICED that a preliminary/status hearing with respect to the Motion for Relief from Judgment has been set for **September 11, 2009 at 9:15 A.M.** to be held at the

| | |
|---|---|
| 1 | U.S. Bankruptcy Court located at 325 W. 19th St., Suite D, Yuma, Arizona 85364. |
| 2 |     IT IS FURTHER NOTICED that pursuant to Local Bankruptcy Rule 9013-1, any |
| 3 | response or objection must be filed with the court with a copy served upon the Debtor, Shelly |
| 4 | Hughes, within **15 Days** from the date of service of the motion at the following address: |
| 5 |     Candice L. Orduno, Esq.<br>    330 W. 24th St. |
| 6 |     Yuma, AZ 85364 |
| 7 | The court may vacate the hearing and grant the requested relief if no timely objection is filed and |
| 8 | served. |
| 9 |     DATED this 4th day of August, 2009. |
| 10 | |
| 11 |     HUNT, GROGAN, MEERCHAUM &<br>    HOSSLER |
| 12 | |
| 13 | |
| 14 |     /s/ Candice L. Orduno #024499<br>    Candice L. Orduno<br>    Attorney for Debtor/Respondent |
| 15 | |
| 16 | Copy of the foregoing<br>mailed to the following |
| 17 | this 4th day of<br>August, 2009: |
| 18 | |
| 19 | Leonard J. MacDonald |
| 20 | 2525 E. Camelback Road<br>Suite 300 |
| 21 | Phoenix, AZ 85016<br>*Attorney for BAC Home Loans* |
| 22 | |
| 23 | Russell A. Brown<br>3838 N. Central Ave. |
| 24 | Suite 800<br>Phoenix, AZ 85012-1965 |
| 25 | *Trustee* |
| 26 | By: Tanya Rodriguez |
| 27 | |
| 28 | -2- |