**HUNT, GROGAN, MEERCHAUM & HOSSLER**
330 W. 24th St. - P.O. Box 2919
Yuma, Arizona 85366-2919
(928) 783-0101 Phone
(928) 783-2788 Fax

Candice L. Orduno - State Bar No. 024499
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>SHELLY L. HUGHES,<br><br>Debtor.<br><br>BAC HOME LOANS SERVICING, L.P. fka COUNTRYWIDE HOME LOANS SERVICING, L.P.,<br><br>Movant,<br><br>v.<br><br>SHELLY L. HUGHES, Debtor; RUSSELL A. BROWN, Trustee;<br><br>Respondents. | No. 0:09-bk-01502-JMM<br>Chapter 13<br><br><br>CERTIFICATE OF SERVICE |

STATE OF ARIZONA    )
                    ) ss.
County of Yuma      )

I, Candice L. Orduno, upon her oath, depose and say:

That on August 4, 2009, I mailed a copy of the Notice of Filing Motion for Relief from Judgment and Notice of Preliminary/Status Hearing in reference to the above-entitled case, by depositing said Notice with the United States Post Office, postage prepaid, to be mailed to the following interested parties:

Leonard J. McDonald, Esq.
2525 E. Camelback Rd.
Suite 300
Phoenix, AZ 85016

Russell A. Brown, Esq.
3838 N. Central Ave.
Suite 800
Phoenix, AZ 85012
*Trustee*

DATED this 4th day of August, 2009.

        HUNT, GROGAN, MEERCHAUM & HOSSLER

By: *[signature]*
Candice L. Orduno
Attorney for Debtor/Respondent

SUBSCRIBED AND SWORN to before me this 4th day of August, 2009 by Candice L. Orduno.

*[signature]*
Notary Public

My Commission Expires:

ROBIN ROACH
Notary Public - Arizona
Yuma County
My Comm. Exp. 01-15-10

-2-