# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SHELLY L HUGHES | | |
| **Case Number:** | 0:09-BK-01502-JMM | **Chapter:** | 13 |
| **Date / Time / Room:** | FRIDAY, SEPTEMBER 11, 2009 09:15 AM   VIDEO CONF ROOM | | |
| **Bankruptcy Judge:** | JAMES M. MARLAR | | |
| **Courtroom Clerk:** | ROBERT TOWNSEND | | |
| **Reporter / ECR:** | PAT HALL | | |

## Matter:

DEBTOR'S MOTION FOR RELIEF FROM JUDGMENT/ORDER LIFTING THE AUTOMATIC STAY

**R / M #:**   37 / 0

## Appearances:

CANDICE ORDUNO, ATTORNEY FOR SHELLY L HUGHES

## Proceedings:

Ms. Orduno states she hasn't received any communication from the other side, and they haven't file a response.  She requests that the trustee be allowed to release funds to the bank.  She explains Mr. McDonald had sent information regarding a loan modification and those documents were returned to the bank, but the debtor hasn't received any confirmation.   She adds they had an offer to purchase the house and believes this house could be sold in a couple of months.

Judge Marlar suggests the debtor amend the plan to include the house to be sold.

Court:     It is ordered granting the motion.  Ms. Orduno is directed to contact opposing counsel.