**THIS ORDER IS
APPROVED.**

**Dated: September 21, 2009**



1  ***HUNT, GROGAN, MEERCHAUM & HOSSLER***
   330 West 24th St. - P.O. Box 2919
2  Yuma, Arizona 85366-2919
   (928) 783-0101 Phone
3  (928) 783-2788 Fax
   attorneys@azyumlaw.com

**JAMES M. MARLAR
U.S. Bankruptcy Judge**

4
   Candice L. Orduno- State Bar No. 024499
5  Attorney for Debtor

6

7

8            *IN THE UNITED STATES BANKRUPTCY COURT*

9                 *FOR THE DISTRICT OF ARIZONA*

10

11  IN RE:                                    No. 0:09-bk-01502-JMM
                                              Chapter 13
12  SHELLY L. HUGHES,

13                          Debtor.

14  ─────────────────────────────────        ORDER

    BAC HOME LOANS SERVICING, L.P. fka        (Related to Docket # 37)
15  COUNTRYWIDE HOME LOANS
    SERVICING, L.P.,
16
                            Movant,
17
        v.
18
    SHELLY L. HUGHES, Debtor; RUSSELL A.
19  BROWN, Trustee;

20                          Respondents.

21          THIS MATTER having come before the Court for hearing on September 11, 2009,

22  Debtor appearing by and through her attorney Candice L. Orduno; the Movant failing to appear;

23          IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stay

24  imposed by United States Bankruptcy Code section 362(a) are hereby reinstated as to Movant

25  with respect to that certain property which is subject of a Deed of Trust dated April 18, 2002, and

26  recorded on April 30, 2002, in the office of the Yuma County Recorder at number 2202-12460

27  wherein BAC Home Loans Servicing, L.P., fka Countrywide Home Loans Servicing, L.P., is the

28

1 | current beneficiary and which the Debtor, Shelly L. Hughes, has an interest in, and which is

2 | further described as follows:

3 |     Lot 262, of HACIENDA ESTATES, according to the plat of record in the office of the County Recorder of Yuma county, Arizona, recorded in Book 7 of Plats, page 25.

4 |

5 |     DATED this _____ day of _____, 2009.

6 |

7 |

8 |

                  _____

9 |                   JUDGE OF THE U.S. BANKRUPTCY COURT