1  Russell Brown
   CHAPTER 13 TRUSTEE
2  Suite 800
   3838 North Central Avenue
3  Phoenix, Arizona 85012-1965
   602.277.8996
4  Fax 602.253.8346

5              IN THE UNITED STATES BANKRUPTCY COURT

6                  FOR THE DISTRICT OF ARIZONA

7  In re                          | In Proceedings Under Chapter 13

8  SHELLY L. HUGHES,              | Case No. 0-09-BK-01502 YUM JMM

9

10                      Debtor.    | **TRUSTEE'S RECOMMENDATION**

11         The Trustee has reviewed the Plan, Schedules, and Statement of Financial Affairs.

12         Subject to the resolution of the following issues, the Plan will meet Code requirements and

13  the Trustee will recommend confirmation:

14         1.      Based upon Schedules ai and J as filed, the debtors have no available income to

15  devote to the Plan. The proposed Plan payment of $300.00 does not appear to be feasible. The

16  Trustee requires that Schedules I and J be amended to support the feasibility of the Plan payment.

17         2.      The Trustee requires that the attorney file the 2016(b) disclosure statement.

18         3.      The Plan provides for payment of adequate protection of $200.00 per month to

19  Countrywide Home Loans. The debtor and her attorney are advised that the Trustee does not pay

20  adequate protection to lienholders on real property. The Trustee pays only pre-petition arrears. The

21  debtors regular ongoing post-petition payments to the creditor acts as the adequate protection. The

22  Order Confirming the Plan should delete the provision for this payment.

23         4.      The proof of claim filed by Countrywide Home Loans differs from the creditor's

24  treatment under the Plan or is not provided for by the Plan.  The Trustee has received no notification

25  that the issue has been resolved and the Debtor(s) must resolve this discrepancy before the Trustee

26  recommends confirmation of the Plan.  The Trustee requires that: (a) the Debtor(s) file an objection

27  to the proof of claim; (b) notify the Trustee **in writing** that the claim issue has been resolved and that

28  the holder of the claim will sign the order confirming plan; (c) notify the Trustee **in writing** that the

1    proposed order confirming plan will pay the claim in full pursuant to the proof of claim; or (d) timely

2    file an amended Plan to provide for payment in part or full on the claim. If resolution of the claim

3    changes Plan funding requirements, the Trustee requires receipt of an amended Plan analysis with

4    any proposed Order confirming the Plan.  If an objection to the proof of claim is timely filed by the

5    Debtor(s), then the time to submit a proposed Order confirming the Plan to the Trustee is extended

6    by 15 days after substantive completion of the objection.

7            5.        Any Order confirming the Plan must comply with the provisions of the Trustee's

8    Memorandum dated March 19, 1998 (copy enclosed or previously submitted to counsel).  The tax

9    years are 2009 and 2010.  The time to submit a proposed Order to the Trustee is extended to 15 days

10   after the conclusion of any objection to proof of claim or objection to confirmation.

11           6.   Other requirements:

12                (a) Due to the possibility of errors on the claims docket, it is the attorney's

13   responsibility to review all proofs of claim filed with the Court and resolve any discrepancies

14   between the claims and the Plan prior to submitting any proposed Order Confirming Plan to the

15   Trustee.

16                (b) Requests by the Trustee for documents and information are not superseded by the

17   filing of an amended plan or motion for moratorium.

18                (c) The Trustee will object to any reduction in the Plan duration or payout in a

19   proposed Order Confirming Plan unless an amended or modified plan is filed and noticed out.

20                (d) The Trustee requires that any proposed Order Confirming Plan state: "The Plan

21   and this Order shall not constitute an informal proof of claim for any creditor."

22       **Plan payment status:**  Debtor's interim payments of $300.00 are current through due date

23   August 15, 2009.  Payment in like amount is now past due for due date September 15, 2009 with an

24   additional payment coming due October 15, 2009.  Debtor's remittance in the total amount of

25   $600.00 must be received in the Trustee's office not later than October 29, 2009.

26           Subsequent payments will be due on or before the 15th day of the month, starting November

27   2009.

28

SUMMARY

**Pursuant to Local Rule 2084-10, the Debtor must provide the following by October 29, 2009 or the Trustee will lodge an order dismissing the case:**

      (a)    All information and documents as requested in Items #1, #2 and #4 above; and

      (b)    Pay to the Trustee the sum of $600.00.

**The Court may dismiss the case without further notice for the Debtor's failure to timely comply with the Trustee's Recommendation.** If the Debtor meets all requirements of the Recommendation and this case remains active, Debtor's counsel must submit to the Trustee for review and signature, a proposed stipulated Order Confirming the Plan, signed by all objecting parties, which incorporates the requirements of this Recommendation, no later than October 29, 2009. The Trustee considers the time for reviewing a proposed Order pursuant to Rule 2084-13(c), L.R.B.P., to begin running when all Recommendation conditions are met.


                                                              _____
                                                              Russell Brown
                                                              Chapter 13 Trustee

A copy of this document was
mailed on the date signed below to:


Shelly Hughes
1734 W. 27th Street
Yuma, AZ 85364
Debtor(s)


Candice Orduno
Hunt, Grogann, Meerchaum & Hossler
330 W. 24th Street
P.O. Box 2919
Yuma, AZ 85366-2919
Attorney for Debtor(s)

1

2

3

4

cherylturner@ch13bk.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28