*HUNT, GROGAN, MEERCHAUM & HOSSLER*
330 W. 24th St. – P.O. Box 2919
Yuma, AZ 85366-2919
(928) 783-0101 Phone
(928) 783-2788 Fax
attorneys@azyumalaw.com

Candice L. Orduno - State Bar No. 024499
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>*Shelly L. Hughes,*<br><br>Debtor(s).<br><br>SSN xxx-xx-8277 | Case No. 09-10502 YUM JMM<br><br>**CHAPTER 13 PLAN AND APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES**<br><br>☐ Original<br>■ First Amended<br>☐ *[state if First, Second]* Modified |

Your rights may be affected by this Plan. **If you object to the treatment of your claim as proposed in this Plan, you must file a written objection by the deadline set forth in a Notice of Date to File Objections to Plan that was served on parties in interest.** If this is a joint case, then "Debtor" means both Debtors. This plan does not allow claims or affect the timeliness of any claim. To receive payment on an unsecured claim, you must file a proof of claim with the Bankruptcy Court, even if this Plan provides for your debt. Except as provided in § 1323(c), a creditor who disagrees with the proposed treatment of its debt in this Plan must timely file an objection to the Plan.

■ This is an Amended or Modified Plan. The reason for filing this Amended or Modified Plan is to allow for the payment in full of the claim filed by BAC Home Loans Servicing, fka, Countrywide Home Loans.

(A) **Plan Payments and Property to be Submitted to the Plan.**

(1) Plan payments start on November 27, 2009. The Debtor shall pay the Trustee as follows:

$100.00 each month for month 1 through month 6.
$500.00 each month for month 6 through month 36.

The proposed plan duration is 36 months. The applicable commitment period is 60 months. Section 1325(b)(4).

(2) Debtor will submit the following property in addition to plan payments: None.

(B) **Trustee's Percentage Fee.** Pursuant to 28 U.S.C. § 586(e), the Trustee may collect the percentage fee from all payments and property received, not to exceed 10%.

(C) **Treatment of Administrative Expenses and Claims.** Except as specified for adequate protection payments under (C)(1) or otherwise ordered by the Court, the Trustee will make disbursements to creditors after the Court confirms this Plan. Unless otherwise provided in Section (J), disbursements by the Trustee shall be pro rata by class (except for adequate protection payments) and made in the following order:

(1) ***Adequate protection payments.*** Section 1326(a)(1)(C) requires adequate protection payments to be made to creditors secured by personal property. Pursuant to Local Bankruptcy Rule 2084-6, the Trustee is authorized to make preconfirmation adequate protection payments to the following secured creditors without a Court order, provided the claim

is properly listed on Schedule D, the creditor files a secured proof of claim that includes documentation evidencing a perfected security agreement, and the debtor or creditor sends a letter to the trustee requesting payment of preconfirmation adequate protection payments. The Trustee will apply adequate protection payments to the creditor's secured claim. After confirmation, unless the Court orders otherwise, adequate protection payments will continue in the same amount until claims to be paid prior to these claimants are paid in full, unless the confirmed plan or a court order specifies a different amount. **If a creditor disagrees with the amount of the proposed adequate protection payments or the plan fails to provide for such payments, the creditor may file an objection to confirmation of this plan, file a motion pursuant to §§ 362, 363, or do both.**

| Creditor | Property Description | Monthly Amount |
|---|---|---|
| AEA Federal Credit Union | 2002 Toyota Camry | $50.00 |

❑ See Section (J), Varying Provisions.

(2) ***Administrative expenses.*** Section 507(a)(2).

(a) Attorney fees. Debtor's attorney received $__0__ before filing. The balance of $__0__ or an amount approved by the Court upon application shall be paid by the Trustee. See Section (F) for any fee application.

(b) Other Administrative Expenses. *[Describe]*

❑ See Section (J), Varying Provisions.

(3) ***Leases and Unexpired Executory Contracts.*** Pursuant to § 1322(b), the Debtor assumes or rejects the following lease or unexpired executory contract. For a lease or executory contract with an arrearage to cure, the arrearage will be cured in the plan payments with regular monthly payments to be paid direct by the Debtor. The arrearage amount to be adjusted to the amount in the creditor's allowed proof of claim.

(a) Assumed:

| Creditor & Property Description | Estimated Arrearage Amount | Arrearage Through Date |
|---|---|---|
| *None* | | |

(b) Rejected:

| Creditor | Property Description |
|---|---|
| *None* | |

❑ See Section (J), Varying Provisions.

(4) ***Claims Secured Solely by Security Interest in Real Property.*** Unless otherwise stated below, Debtor shall pay post-petition payments directly to the creditor. Prepetition arrearages shall be cured through the Trustee. A creditor identified in this paragraph may mail the Debtor all correspondence, notices, statements, payment coupons, escrow notices, and default notices concerning any change to the monthly payment or interest rate without such being a violation of the automatic stay. No interest will be paid on the prepetition arrearage unless otherwise stated. Except as provided in Local Bankruptcy Rule 2084-23 if a creditor gets unconditional stay relief, the actual cure amount to be paid shall be adjusted by the Trustee pursuant to the creditor's ***allowed*** proof of claim.

| Creditor/Servicing Agent & Property Description | Value of Collateral and Valuation Method | Estimated Arrearage Amount | Arrearage Owed Through |
|---|---|---|---|
| BAC Home Loans Servicing, fka, Countrywide Home Loans 1734 W. 27th St., Yuma, AZ 85364 | $51,469.80 Owner/realtor opinion | $5,190.78 | 1/29/09 |

■ See Section (J), Varying Provisions.

(5) ***Claims Secured by Personal Property or a Combination of Real and Personal Property.*** Pursuant to § 1325(a), secured creditors listed below shall be paid the amount shown below as the Amount to be Paid As Secured Claim Under Plan, with such amount paid through the Plan payments. However, if the creditor's proof of claim amount is less than the Amount of Secured Claim to Be Paid Under the Plan, then only the proof of claim amount will be paid. Any adequate protection payments are as provided in Section (C)(1) above. If a creditor fails to file a secured claim or files a wholly unsecured claim, the debtor may delete the proposed payment of a secured claim in the order confirming plan. If a creditor files a secured claim in an amount less than that proposed in this Plan, the claim amount will be paid.

| Creditor & Property Description | Debt Amount | Value of Collateral and Valuation Method | Amount to be Paid On Secured Claim | Interest Rate |
|---|---|---|---|---|
| AEA Federal Credit Union 2002 Toyota Camry | $10,159.81 | $4,300.00 Kelly Blue Book | $7,849.22 | 8.0 |

❑ See Section (J), Varying Provisions.

(6) ***Priority, Unsecured Claims.*** All allowed claims entitled to pro rata priority treatment under § 507 shall be paid in full in the following order: None.

(a) Unsecured Domestic Support Obligations. The Debtor shall remain current on such obligations that come due after filing the petition. Unpaid obligations before the petition date to be cured in the plan payments.

| Creditor | Estimated Arrearage |
|---|---|
| *None* | |

(b) Other unsecured priority claims.

| Creditor | Type of Priority Debt | Estimated Amount |
|---|---|---|
| *None* | | |

❑ See Section (J), Varying Provisions.

(7) ***Codebtor Claims.*** The following codebtor claim is to be paid per the allowed claim, pro rata before other unsecured, nonpriority claims.

| Creditor | Codebtor Name | Estimated Debt Amount |
|---|---|---|
| *None* | | |

❑ See Section (J), Varying Provisions.

(8) ***Nonpriority, Unsecured Claims.*** Allowed unsecured, nonpriority claims shall be paid pro rata the balance of payments under the Plan.

❑ See Section (J), Varying Provisions.

(D) **Lien Retention.** Secured creditors shall retain their liens until payment of the underlying debt determined under nonbankruptcy law or upon discharge, whichever occurs first.

(E) **Surrendered Property.** Debtor surrenders the following property. Upon confirmation of this Plan or except as otherwise ordered by the Court, bankruptcy stays are lifted as to the collateral to be surrendered. Any claim filed by such creditor shall receive **no** distribution until the creditor files a claim or an amended proof of claim that reflects any deficiency balance remaining on the claim. ***Should the creditor fail to file an amended claim consistent with this provision, the Trustee need not make any distributions to that creditor.***

| Claimant | Property to be surrendered |
| --- | --- |
| *None* | |

(F) **Attorney Application for Payment of Attorney Fees.** Counsel for the Debtor has received a prepetition retainer of $ 0 , to be applied against fees and costs incurred. Fees and costs exceeding the retainer shall be paid from funds held by the Chapter 13 Trustee as an administrative expense. Counsel will be paid as selected in paragraph (1) or (2) below:

■ (1)(a) **Flat Fee**. Counsel for the Debtor has agreed to a total sum of $0.00 to represent the Debtor. Counsel has agreed to perform the following services through confirmation of the plan:

- Review of financial documents and information.
- Consultation, planning, and advice, including office visits and telephone communications.
- Preparation of Petition, Schedules, Statement of Financial Affairs, Master Mailing List.
- Preparation and filing of Chapter 13 Plan, Plan Analysis, and any necessary amendments.
- Attendance at the § 341 meeting of creditors.
- Resolution of creditor objections and Trustee recommendations, and attendance at hearings.
- Reviewing and analyzing creditor claims for potential objections, and attendance at hearings.
- Responding to motions to dismiss, and attendance at hearings.
- Responding to motions for relief from the automatic stay, and attendance at hearings.
- Drafting and mailing of any necessary correspondence.
- Preparation of proposed order confirming the plan.
- Representation in any adversary proceedings.
- Representation regarding the prefiling credit briefing and post-filing education course.

(b) **Additional Services.** Counsel for the Debtor has agreed to charge a flat fee for the following additional services provided to the Debtor post-confirmation of the plan:

- Preparation and filing of Modified Plan $0.
- Preparation and filing of motion for moratorium $0.
- Responding to motion to dismiss, and attendance at hearings $0.

- ■ Defending motion for relief from the automatic stay or adversary proceeding $0.
- ■ Preparation and filing of any motion to sell property $0.
- ☐ Other

______________________________________________________________________________.

All other additional services will be billed at the rate of $__0__ per hour for attorney time and $_0__ per hour for paralegal time. Counsel will file and notice a separate fee application detailing the additional fees and costs requested. Counsel will include *all* time expended in the case in the separate fee application.

☐ See Section (J), Varying Provisions.

☐ (2) **Hourly Fees.** For hourly fees to be paid as an administrative expense, counsel must file and notice a separate fee application detailing the additional fees and costs requested. The application must include all time expended in the case.

Counsel has agreed to represent the Debtor for all services related to the Chapter 13 bankruptcy to be billed at the rate of $__________ per hour for attorney time and $_________ per hour for paralegal time.

☐ See Section (J), Varying Provisions.

(G) **Vesting.** Vesting of property of the estate. Property of the estate shall vest in the Debtor upon confirmation of the Plan. The following property shall not revest in the Debtor upon confirmation: *None.*

☐ See Section (J), Varying Provisions.

(H) **Tax Returns**. While the case is pending, the Debtor shall provide to the trustee a copy of any post-petition tax return within thirty days after filing the return with the tax agency. The Debtor has filed all tax returns for all taxable periods during the four-year period ending on the petition date, except: *None.*

(I) **Funding Shortfall.** Debtor will cure any funding shortfall before the Plan is deemed completed.

---

(J) **Varying Provisions.** The Debtor submits the following provisions that vary from the Local Plan Form, Sections (A) through (G):

(1) BAC Home Loans Servicing fka Countrywide Home Loans Servicing: Debtor will pay claim directly at $400.00 per month for the next 6 months. Debtor has placed the residential home for sale for the amount of $119,900.00 to pay the total amount owed on the creditor's claim within the next 6 months – totaling $68,430.20.

---

(K) **Plan Summary.** If there are discrepancies between the plan and this plan analysis, the provisions of the confirmed plan control.

(1) Administrative Expenses: .......... $0.00
(2) Priority Claims .......... $0.00
(3) Payments on Leases or to Cure Defaults, Including Interest .......... $0.00
(4) Payments on Secured Claims, Including Interest .......... $13,040.00
(5) Payments on Unsecured, Nonpriority Claims .......... $1,000.00
(6) SUBTOTAL .......... $14,040.00
(7) Trustee's Compensation (10% of Debtor's Payments) .......... $1,560.00
(8) Total Plan Payments .......... $15,600.00

(L) **Section 1325 analysis.**

(1) Best Interest of Creditors Test:

(a) Value of debtor's interest in nonexempt property .......... $9,485.99
(b) Plus: Value of property recoverable under avoiding powers .......... $0.00
(c) Less: Estimated Chapter 7 administrative expenses .......... $0.00
(d) Less: Amount payable to unsecured, priority creditors .......... $0.00
(e) **Equals:** Estimated amount payable to unsecured, nonpriority claims if debtor filed Chapter 7 .......... $9,485.99

Paragraph (2) to be completed by debtors whose current monthly income exceeds the state's median income.

(2) Section 1325(b) Analysis:

(a) Amount from Line 59, Form B22C, Statement of Current Monthly Income .......... $______
(b) Applicable Commitment Period .......... x 60
(c) Section 1325(b) amount ((b)(1) amount times 60) .......... $______

(3) Estimated Payment to Unsecured, Nonpriority Creditors Under Plan .......... $1,000.00

Dated: October 28th, 2009.

______________________
Debtor

______________________
Debtor

______________________
Attorney for Debtor

Form **1040X** (Rev. February 2009)

Department of the Treasury - Internal Revenue Service

# Amended U.S. Individual Income Tax Return

▶ See separate instructions.

OMB No. 1545-0074

This return is for calendar year ▶ 2008 , or fiscal year ended ▶

PLEASE PRINT OR TYPE

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| SHELLY L HUGHES | | [redacted]-8277 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security no. |
| | | |
| Home address (no. and street) or P.O. box if mail is not delivered to your home | Apt. no. | Phone number |
| 1734 W 27TH STREET | | (928) 344-8320 |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 4 of the instructions. | | |
| YUMA, AZ 85364 | | |

A If the address shown above is different from that shown on your last return filed with the IRS, would you like us to change it in our records? ▶ ☐ Yes ☒ No

B Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.

On original return ▶ ☐ Single ☐ Married filing jointly ☐ Married filing separately ☒ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☐ Married filing jointly ☐ Married filing separately ☒ Head of household * ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 4 of the instructions.

Use Part II on page 2 to explain any changes

| Income and Deductions (see instructions) | Line | A. Original amount or as previously adjusted (see page 4) | B. Net change-amount of increase or (decrease)-explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 Adjusted gross income (see page 4) | 1 | 8,537 | 12,984 | 21,521 |
| 2 Itemized deductions or standard deduction (see page 4) | 2 | 8,000 | 500 | 8,500 |
| 3 Subtract line 2 from line 1 | 3 | 537 | 12,484 | 13,021 |
| 4 Exemptions. If changing, fill in Parts I and II on page 2 (see page 5) | 4 | 10,500 | | 10,500 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | | 2,521 | 2,521 |
| **TAX LIABILITY** | | | | |
| 6 Tax (see page 5). Method used in col. C Tables | 6 | | 251 | 251 |
| 7 Credits (see page 6) | 7 | | 251 | 251 |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | | | 0 |
| 9 Other taxes (see page 6) | 9 | | 1,298 | 1,298 |
| 10 Total tax. Add lines 8 and 9 | 10 | | 1,298 | 1,298 |
| **PAYMENTS** | | | | |
| 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see page 6 | 11 | 343 | 2,597 | 2,940 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | | | |
| 13 Earned income credit (EIC) | 13 | 3,130 | | 3,130 |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits: Recovery rebate; federal telephone excise tax; or from Forms 2439, 4136, 5405, 8885, or 8801 (refundable credit only) | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 6) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after it was filed | 17 | | | |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 6,070 |

## Refund or Amount You Owe

**Note.** Allow 8-12 weeks to process Form 1040X.

| | Line | Amount |
|---|---|---|
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | 3,473 |
| 20 Subtract line 19 from line 18 (see page 6) | 20 | 2,597 |
| 21 **Amount you owe.** If line 10, column C, is more than line 20, enter the difference and see page 6 | 21 | |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | 1,299 |
| 23 Amount of line 22 you want **refunded to you** | 23 | 1,299 |
| 24 Amount of line 22 you want **applied to your** estimated tax | 24 | |

**Sign Here** Joint return? See page 4. Keep a copy for your records.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

▶ Your signature Date ▶ Spouse's signature. If a joint return, **both** must sign. Date

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date 4/11/2009 | Check if self-employed ☐ | Preparer's SSN or PTIN P00567678 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | H AND R BLOCK | EIN 33-0176251 | |
| | YUMA, AZ 85364 | Phone no. (928) 782-5507 | |

Form Software Copyright 1996 - 2009 H&R Block Tax Services, Inc.

**Part I** **Exemptions.** See Form 1040 or 1040A instructions.

Complete this part **only** if you are:

- Increasing or decreasing the number of exemptions claimed on line 6d of the return you are amending, or
- Increasing or decreasing the exemption amount for housing individuals displaced by Hurricane Katrina or for housing Midwestern displaced individuals.

| | | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|---|
| 25 | Yourself and spouse . . . . . . . . . . . . . . . . . . . **Caution.** If someone can claim you as a dependent, you cannot claim an exemption for yourself. | 25 | | | |
| 26 | Your dependent children who lived with you . . . . . . . . . . | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation . . . . . . . . . . . . . . . . . . . . . | 27 | | | |
| 28 | Other dependents . . . . . . . . . . . . . . . . . . . . | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 . . . . . . . . | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here. | 30 | | | |
| 31 | If you are claiming an exemption amount for housing individuals displaced by Hurricane Katrina, enter the amount from Form 8914, line 2 for 2005 or line 6 for 2006. If you are claiming an exemption amount for housing Midwestern displaced individuals, enter the amount from the 2008 Form 8914, line 2. (See instructions for line 4). Otherwise enter -0- . . . . | 31 | | | |
| 32 | Add lines 30 and 31. Enter the result here and on line 4 . . . . . . . | 32 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 5 if the amount on line 1 is over: |
|---|---|---|
| 2008 | $3,500 | $119,975 |
| 2007 | 3,400 | 117,300 |
| 2006 | 3,300 | 112,875 |
| 2005 | 3,200 | 109,475 |

33 Dependents (children and other) not claimed on original (or adjusted) return:

| (a) First name | Last name | (b) Dependent's social security number | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 7) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of children on 33 who:

- lived with you . . . . . . ▶ ☐
- **did not** live with you due to divorce or separation (see page 7) . . . . ▶ ☐

Dependents on 33 not entered above . . ▶ ☐

**Part II** **Explanation of Changes**

**Enter the line number from page 1 of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.**

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See pages 2 and 3 of the instructions. Also, check here . . . . . . . . . . . . . ▶ ☐

SEE STATEMENT

**Part III** **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here . . . . . . . . . . . . . . . . . . . . ▶ ☐

If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here . . . . . . . . . . . . . ▶ ☐



Form Software Copyright 1996 - 2009 H&R Block Tax Services, Inc.

---

Form 1040X, Page 2
Part II - Explanation of Changes to Income, Deductions, and Credits

---

LINE 1 INCREASE IN INCOME DUE TO 1099R NOT ON THE ORGINAL RETURN
LINE 2 INCREASE IN ITIMIZED DEDUCTION DUE TO PROPERTY TAX DEDUCT
LINE 5 INCREASE IN TAXABLE INCOME
LINE 6 INCREASE IN TAX DUE TO CHANGES
LINE 7 INCREASE IN CHILD TAX CREDIT
LINE 9 INCREASE IN TAX DUE TO PENELTY OF EARLY WITHDRAWAL
LINE 11 INCREASE IN INCOME TAX WITHHELD
LINE 23 INCREASE IN REFUND

ARIZONA FORM **140X**

# Individual Amended Income Tax Return

2008

For calendar year , or fiscal year beginning , and ending 66

| Your First Name and Initial | Last Name | Your Social Security No. |
|---|---|---|
| 1 SHELLY L HUGHES | | [redacted]8277 |
| If a joint return, Spouse's First Name and Initial | Last Name | Spouse's Social Security No. |
| 1 | | |

| Present Home Address - number and street, rural route | Apt. No. | Daytime phone (w/area code) | 94 Home phone (w/area code) | IMPORTANT You must enter your SSNs. |
|---|---|---|---|---|
| 2 1734 W 27TH STREET | | 928-261-3286 | 928-344-8320 | |

| City, Town or Post Office | State | Zip Code |
|---|---|---|
| 3 YUMA AZ 85364 | | |

REVENUE USE ONLY. DO NOT MARK IN THIS AREA. 88 81 80

**Check box to indicate both filing and residency status:**

| | ORIGINAL RETURN | THIS RETURN |
|---|---|---|
| FILING STATUS | | |
| 4 Married filing joint rtn | | |
| 5 Head of household ▶ NAME OF QUALIFYING CHILD OR DEPENDENT: HARLEY HUG | X | X |
| 6 Married filing sep return: Enter spouse's SSN above AND enter ▶ SPOUSE'S FULL NAME | | |
| 7 Single | | |
| RESIDENCY | | |
| 8 Resident | X | X |
| 9 Nonresident | | |
| 10 Part-year resident | | |
| 11 Part-year resident active military | | |
| 12 Nonresident active military | | |
| EXEMPTIONS | | |
| 13 Age 65 or over: Enter the number claimed | 0 | 0 |
| 14 Blind: Enter the number claimed | 0 | 0 |
| 15 Dependents: Enter the number claimed | 2 | 2 |
| 16 Qualifying parents or ancestors | 0 | 0 |

**Original Form Filed:** (Check only one) 97

1 Form 140 ..... 1 ☐
2 Form 140A ..... 2 ☐
3 Form 140EZ ..... 3 ☐
4 Form 140NR ..... 4 ☐
5 Form 140PY ..... 5 ☐

If 140NR or 140PY, enter corrected percentage of Arizona residency ..... 86 %

IMPORTANT: You must enter an amount in columns (a), (b), and (c) for lines 17 and/or 18, lines 19 through 25, lines 27, 31, 32, 35, and lines 37 through 40.

| | ORIGINAL AMOUNT REPORTED (a) | AMOUNT TO ADD OR SUBTRACT (b) | CORRECTED AMOUNT (c) |
|---|---|---|---|
| 17 Federal adjusted gross income | 8,537 00 | 12,984 00 | 21,521 00 |
| 18 Form 140NR and 140PY filers only: Enter Arizona gross income | 00 | 00 | 00 |
| 19 Additions to income | 0 00 | 0 00 | 0 00 |
| 20 Subtotal: Form 140, 140A, 140EZ filers: Add lines 17 and line 19. Form 140NR or 140PY filers: Add lines 18 and 19 | 8,537 00 | 12,984 00 | 21,521 00 |
| 21 Subtractions from income | 4,600 00 | 0 00 | 4,600 00 |
| 22 Arizona adjusted gross income: Subtract line 21 from line 20 | 3,937 00 | 12,984 00 | 16,921 00 |
| 23 Deductions (itemized or standard) | 9,042 00 | 0 00 | 9,042 00 |
| 24 Personal exemptions | 4,200 00 | 0 00 | 4,200 00 |
| 25 Arizona taxable income: Subtract lines 23 and 24 from line 22 | 0 00 | 3,679 00 | 3,679 00 |
| 26 Tax from tax rate table: [X] Table X or Y (140, 140NR or 140PY) [ ] Optional Table (140, 140A or 140EZ) | | | 95 00 |
| 27 Tax from recapture of credits from Arizona Form 301, Part II | 0 00 | 0 00 | 0 00 |
| 28 Subtotal of tax: Add lines 26 and 27, column (c) | | | 95 00 |
| 29 Clean Elections Fund Tax Reduction claimed on original return | 0 00 | | 5 00 |
| 30 Reduced tax: Subtract line 29 from line 28, column (c) | | | 90 00 |
| 31 Family income tax credit | 0 00 | 0 00 | 0 00 |
| 32 Credits from AZ Form 301 or Forms 310, 321, 322 or 323 | 0 00 | 0 00 | 0 00 |
| 33 Credit type: Enter form number of each credit claimed 33 3 \| 3 \| 3 \| 3 | | | |
| 34 Subtract lines 31 and 32 from line 30 | | | 90 00 |
| 35 Clean Elections Fund Tax Credit. See instructions | 0 00 | 0 00 | 0 00 |
| 36 Balance of tax: Subtract line 35 from line 34. If line 35 is more than line 34, enter "zero" | | | 90 00 |
| 37 Payments (withholding, estimated, or extension) | 133 00 | 0 00 | 133 00 |
| 38 Increased Excise Tax Credit | 75 00 | 0 00 | 75 00 |
| 39 Property Tax Credit | 0 00 | 0 00 | 0 00 |
| 40 Other refundable credits 40A1 ☐ 329 40A2 ☐ 330 | 0 00 | 0 00 | 0 00 |
| 41 Payment with original return plus all payments after it was filed | | | 00 |
| 42 Total payments and refundable credits: Add lines 37 through 41, column (c) | | | 208 00 |
| 43 Overpayment from original return or as later adjusted. See instructions | | | 208 00 |
| 44 Balance of credits: Subtract line 43 from line 42 | | | 00 |
| 45 **REFUND/CREDIT DUE:** If line 36 is less than line 44, subtract line 36 from line 44, and enter amount of refund/credit | | | 00 |
| 46 Amount of line 45 to be applied to 2009 estimated tax. If zero, enter "0" | | | 0 00 |
| 47 **AMOUNT OWED:** If line 36 is more than line 44, subtract line 44 from line 36, and enter the amount owed | | | 90 00 |

☐ **Payment enclosed. Check the box and attach payment.**

48 Is this amended return the result of a net operating loss? If "yes", check the box: 48 ☐ YES

DOR USE ONLY 82 99

ATTACH PAYMENT HERE — ATTACH ANY W-2s TO BACK OF THE RETURN — ONE STAPLE ONLY. DO NOT USE TAPE

ADOR 91-5380 (08) 1029

140X (2008) AZ140X-1V1.51

Form Software Copyright 1996 - 2009 H&R Block Tax Services, Inc.

| Your Name (as shown on page 1) | Your Social Security No. |
|---|---|
| SHELLY L HUGHES | [redacted]8277 |

## PART I: Dependent Exemptions - do not list yourself or spouse as dependents

List children and other dependents. If more space is needed, attach a separate sheet.

| FIRST AND LAST NAME: | SOCIAL SECURITY NO. | RELATIONSHIP | NO. OF MONTHS LIVED IN YOUR HOME DURING THE TAXABLE YEAR |
|---|---|---|---|
| HARLEY HUGHES | [redacted] | DAUGHTER | 12 |
| TORILYN BERENS | [redacted] | DAUGHTER | 12 |
| | | | |
| | | | |

Enter the names of the dependents listed above who do not qualify as your dependent on your federal return:

Enter dependents listed above who were not claimed on your federal return due to education credits:

## PART II: Qualifying Parents and Ancestors of Your Parents Exemptions (Arizona residents only)

List below qualifying parents and ancestors of your parents for which you are claiming an exemption. If more space is needed, attach a separate sheet. Do not list the same person here that you listed in Part I, above, as a dependent. For information on who is a qualifying parent or ancestor of your parents, see the instructions for the original return that you filed.

| FIRST AND LAST NAME: | SOCIAL SECURITY NO. | RELATIONSHIP | NO. OF MONTHS LIVED IN YOUR HOME DURING THE TAXABLE YEAR |
|---|---|---|---|
| | | | |
| | | | |

## PART III: Income, Deductions, and Credits

List the line reference from page 1 for which you are reporting a change then give the reason for each change. Attach any supporting documents required. If the change(s) pertain(s) to an IRS audit, please attach a copy of agent's report. If you filed an amended federal return with the IRS (Form 1040X), please attach a copy and all supporting schedules.

LINE 17 INCREASE IN FED ADJ GROSS INCOME

LINE 25 INCREASE IN TAXABLE INCOME

LINE 26 INCREASE IN TAX

LINE 47 INCREASE IN AMOUNT OWED

## Part IV: Name and Address on Original Return

If your name and address is the same on this amended return as it was on your original return, write "same" on the line below.

| Name | Number and Street, R.R. | Apt. No. | City, Town or Post Office | State | Zip Code |
|---|---|---|---|---|---|
| SAME | | | | | |

PLEASE SIGN HERE

I have read this return and any attachments with it. Under penalties of perjury, I declare that to the best of my knowledge and belief, they are true, correct and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

YOUR SIGNATURE | DATE | OCCUPATION

SPOUSE'S SIGNATURE | DATE | SPOUSE'S OCCUPATION

PAID PREPARER'S SIGNATURE | FIRM'S NAME (PRERPARER'S IF SELF-EMPLOYED): H AND R BLOCK

PAID PREPARER'S TIN: P00567678 | DATE: 04/11/2009 | PAID PREPARER'S ADDRESS: PLAZA DEL RIO YUMA AZ 85364

If you are sending a payment with this return, mail to Arizona Department of Revenue, PO Box 52016, Phoenix, AZ, 85072-2016.

If you are expecting a refund or owe no tax, or owe tax but are not sending a payment, mail to Arizona Department of Revenue, PO Box 52138, Phoenix, AZ, 85072-2138.

140X (2008) AZ140X-2V 1.51
Form Software Copyright 1996 - 2009 H&R Block Tax Services, Inc.

**FORM 1099-R • Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. • 2008**

PAYER'S Name, Street Address, City, State, Zip Code, and Telephone Number

AXA EQUITABLE
P O BOX 8095
BOSTON MA 02266-8095

1 (800) 528-0204

RECIPIENT'S Name, Street Address (including apt. no.), City, State, and Zip Code

SHELLY L HUGHES
1734 W 27TH ST
YUMA AZ 85364-7028

FORM 1099-R

Department of the Treasury-Internal Revenue Service OMB No. 1545-0119

**Copy C For Recipient's Records**

This information is being furnished to the Internal Revenue Service (Keep for your records)

Corrected (if checked) ☐

| | | |
|---|---|---|
| 1 Gross distribution: 12,983.67 | 2a Taxable amount: 12,983.67 | 1st year of desig. Roth contrib. |
| 2b Taxable amount not determined ☐ | | Total distribution ☒ |
| 3 Capital gain (included in box 2a) | | 4 Federal income tax withheld: 2,596.73 |
| 5 Employee contributions/Designated Roth contributions or insurance premiums: 0.00 | | 6 Net unrealized appreciation in employer's securities: 0.00 |
| 7 Distribution code(s): 1 | IRA/SEP/SIMPLE ☐ | 9a Your percentage of total distribution |
| 10 State tax withheld: 0.00 | 11 State/Payer's state no.: AZ/ | |

| Account number | RECIPIENT'S identification number | PAYER'S federal identification number |
|---|---|---|
| 670588 | [redacted] | 20-3627707 |

TR-R/X1/22602



ADOT Motor Vehicle Division
48-0509 R11/06 www.azdot.gov

Yuma Regional Service Center Motor Vehicle Division
DATE:
AMT PD:
Initials:

# TITLE AND REGISTRATION APPLICATION

** Vehicle Registration **
When validated, this is your registration and must be carried in your vehicle at all times.

Plate Number: 498ZHE
Tab Number: 0MS1064
Unit Number:
Arizona Brand:

Vehicle Identification Number: 4T1BF32K82U085279
Make: TOYT
Body Style: 4DSD
Year: 2002
Arizona Brand:

Previous Brand/State
Previous Brand/State
Previous Brand/State
Other States With Brands

First Registered: MAY2002
Model: LXS
List Price: 018970
GVW: 000000
Fuel: G
Odometer Reading (no tenths) *: 0091377
X Actual ☐ B ☐ C
Mobile Home W/L

Legal Status *: OR
Driver License or EIN *: B12987704

WILLIAM C HUGHES
SHELLY LYN HUGHES 527498277
1734 W 27TH ST
YUMA AZ 853647028

Owner Names
Mailing Address

**Registration Expiration Date**
04/30/2008

Residence Address of Owner or Lessee (if different from Mailing Address)

Lienholder Information

Name: AEA FEDERAL CREDIT UNION
Date: 09282007
Driver License or EIN *: 860146700
Legal Status:
Mailing Address: PO BOX 12000 YUMA AZ 853663000

Name:
Date:
Driver License or EIN *:
Legal Status:
Mailing Address:

Name:
Date:
Driver License or EIN *:
Mailing Address:

Mobile Home Manufacturer
Vehicle/Mobile Home Location

| Service Options * | Date Vehicle Acquired |
|---|---|
| | |

☐ Vehicle is specially constructed or reconstructed.
☐ Vehicle will be rented without a driver (such as a rental car).

☐ I consent to the release of personal information contained in my driver license and vehicle record. I undertand that this is not a one-time consent that applies only to a specific individual or organization, but is instead a general consent that applies to all requests from any and all indivduals or organization for any purpose, until revoked by me in writing. Consent for a vehicle record applies to all owners.

I certify that the information above is true and correct, and that the vehicle is free from liens, except those indicated above. I acknowledge that the odometer reading above is qualified by the seller and that it is not the responsibility of the Motor Vehicle Division to determine the accuracy of the odometer statement. I understand that vehicles registered for use in, or used to commute into, Air Quality Control areas (including greater metro Phoenix or Tucson) may be subject to emission testing.

All Owners Sign Here

"OR" Legal Status *

I do hereby state that we hold this property as joint tenants and furthermore empower and authorize each other as attorney in fact to assign the certificate of title by his or her signature alone and thereby transfer, sell, mortgage or otherwise encumber the vehicle, or transfer license plates and/or fees in the same manner as though all joint owners had acted and signed.

Owners With "OR" Legal Status Also Sign Here

| Fees | |
|---|---|
| VLT | 79.06 |
| REG | 8.00 |
| TTL | 4.00 |
| TOTAL | 91.06 |

Batch/Date/Office Number: RO30 10242007 1000 00
Cat: A
Canceled Plate Number/State/Agent ☐ 1 ☐ 2 Plates

New Title Number: RO30007297042
New Film Reference Number: H297RO3019
Type:

Prior Title Number: 0000007201027
State: AZ
Prior Film Reference Number: U201000709

* See Reverse

Countrywide HOME LOANS

**Account Number 000339703**
Property Address
1734 WEST 27TH STREET

Date Prepared
01/08/2009

## CANCELLATION OF FHA ANNUAL MORTGAGE INSURANCE PREMIUM

**Automatic Cancellation**

In the past, some borrowers with FHA loans have paid annual mortgage insurance premiums throughout the life of their mortgages. Effective for all loans closed on or after January 1, 2001, FHA's annual mortgage insurance premiums will be ***automatically*** canceled under the following conditions:

1) For mortgages with terms greater than 15 years, the annual mortgage insurance premiums will be canceled when the loan-to-value ratio reaches 78 % of the lower of the initial sales price or the appraised value based on the original amortization schedule, provided the borrower has paid the annual mortgage insurance premiums for at least 5 years; and,
2) For mortgages with terms for less than 15 years, and with loan-to-value ratios 90% and greater, the annual mortgage insurance premiums will be canceled when the loan-to-value ratio reaches 78% of the lower of the initial sales price or the appraised value based on the original amortization schedule, irrespective of the length of time the borrower has paid the annual mortgage premiums.

Although the annual mortgage insurance premiums will be canceled as described, the contract of insurance will remain in force for the loan's full term. FHA will determine when a borrower has reached the 78% loan-to-value ratio based on the lower of the sales price or the appraised value at origination. New appraised values will not be considered.

**Borrower Requested Cancellation**

You can also request through COUNTRYWIDE HOME LOANS, cancellation of your MIP when the loan-to-value ratio reaches 78% in advance of the initial amortization schedule due to **prepayments of mortgage principal**, provided: (1) you have not been more than 30 days delinquent on your payments during the previous 12 months; and, (2) for 30 year mortgages, at least 5 years have elapsed from the date of origination of your mortgage. For 15 year mortgages, there is no minimum time period that is required to have elapsed since origination of the loan.

As with automatic cancellations, the 78% loan-to-value threshold will be predicated only upon the initial sales price or appraised value at origination, whichever is less. New appraised values will not be considered.

For more information concerning your cancellation rights, if any, and the conditions and procedures to effect cancellation, please send your written request (be sure to include your name and account number) for cancellation to the following address, or call us at (800) 669-6607:

COUNTRYWIDE HOME LOANS
Attn: PMI Department CA6-914-01-13
1800 Tapo Canyon Road
Simi Valley, CA 93063

## TRANSACTION HISTORY FOR 2008

| Date | Description | Pmt/Mo | Amount | Principal | Interest | Escrow | Optional Insurance | Buydown Assistance | Late Charge | Partial Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 2008 | **Beginning Balance** | | | **$68,954.36** | | **$408.46** | | | | **$0.00** |
| 01/07/2008 | FHA MIP PMT | 12/2007 | $28.36- | $0.00 | $0.00 | $28.36- | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/16/2008 | REGULAR PAYMENT | 01/2008 | $658.65 | $86.05 | $416.60 | $156.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 02/06/2008 | FHA MIP PMT | 01/2008 | $28.36- | $0.00 | $0.00 | $28.36- | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/03/2008 | REGULAR PAYMENT | 02/2008 | $669.70 | $86.57 | $416.08 | $167.05 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/03/2008 | REGULAR PAYMENT | 03/2008 | $647.60 | $87.09 | $415.56 | $167.05 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/06/2008 | FHA MIP PMT | 03/2008 | $28.36- | $0.00 | $0.00 | $28.36- | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/04/2008 | FHA MIP PMT | 03/2008 | $28.36- | $0.00 | $0.00 | $28.36- | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/07/2008 | REGULAR PAYMENT | 04/2008 | $696.49 | $87.62 | $415.03 | $167.05 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/25/2008 | COUNTY TAX PMT | 04/2008 | $496.65- | $0.00 | $0.00 | $496.65- | $0.00 | $0.00 | $0.00 | $0.00 |
| 05/06/2008 | FHA MIP PMT | 04/2008 | $28.36- | $0.00 | $0.00 | $28.36- | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/05/2008 | FHA MIP PMT | 04/2008 | $27.92- | $0.00 | $0.00 | $27.92- | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/25/2008 | HAZARD INS PMT | 04/2008 | $577.00- | $0.00 | $0.00 | $577.00- | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/07/2008 | FHA MIP PMT | 04/2008 | $27.92- | $0.00 | $0.00 | $27.92- | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/09/2008 | REGULAR PAYMENT | 05/2008 | $745.38 | $88.15 | $414.50 | $167.05 | $0.00 | $0.00 | $26.79 | $26.79 |
| 07/14/2008 | MISC. POSTING | 05/2008 | $0.00 | $0.00 | $0.00 | $26.79 | $0.00 | $0.00 | $0.00 | $26.79- |
| 07/29/2008 | REGULAR PAYMENT | 06/2008 | $700.00 | $88.68 | $413.97 | $167.05 | $0.00 | $0.00 | $26.79 | $3.51 |
| 08/06/2008 | FHA MIP PMT | 06/2008 | $27.92- | $0.00 | $0.00 | $27.92- | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/05/2008 | FHA MIP PMT | 06/2008 | $27.92- | $0.00 | $0.00 | $27.92- | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/06/2008 | FHA MIP PMT | 06/2008 | $27.92- | $0.00 | $0.00 | $27.92- | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/24/2008 | COUNTY TAX PMT | 06/2008 | $561.19- | $0.00 | $0.00 | $561.19- | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/06/2008 | FHA MIP PMT | 06/2008 | $27.92- | $0.00 | $0.00 | $27.92- | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/04/2008 | FHA MIP PMT | 06/2008 | $27.92- | $0.00 | $0.00 | $27.92- | $0.00 | $0.00 | $0.00 | $0.00 |
| 2008 | **Ending Balance** | | | **$68,430.20** | | **$545.58-** | | | | **$3.51** |

**Account Number 000339703**

Property Address
1734 WEST 27TH STREET

Date Prepared
01/08/2009

## 2008 STATEMENT SUMMARY

| | | | |
|---|---|---|---|
| Total Interest paid in 2008 | $2,572.11 | Beginning escrow balance | $408.46 |
| Property taxes paid in 2008 | $1,057.84 | Ending escrow balance | $545.58- |
| Ending principal balance | $68,430.20 | FHA/VA case number | 0231116221703 |

## IMPORTANT IRS REGULATIONS

**YOU SHOULD CONSULT WITH THE IRS OR YOUR TAX ADVISOR IF YOU HAVE ANY QUESTIONS. COUNTRYWIDE HOME LOANS DOES NOT OFFER TAX ADVICE.**

Please verify that the Social Security Number (SSN) listed on the IRS Tax form is correct (see previous page). If the SSN is not correct, please provide us with the correct number immediately by writing to us at the address below or calling us at (800) 669-6607. If you fail to provide us your correct SSN, you are subject to a $50 penalty imposed by the IRS and backup withholding of interest paid to you. Note: Please include your name and account number on all communications to us.

**COUNTRYWIDE HOME LOANS**
**CUSTOMER SERVICE**
**PO BOX 5170**
**SIMI VALLEY, CA 93062-5170**

## ANNUAL DISCLOSURE NOTICE TO MORTGAGOR

**REGARDING PREPAYMENT AS REQUIRED BY THE 1990 HOUSING LEGISLATION**

| | | | |
|---|---|---|---|
| Mortgagor: | WILLIAM C & SHELLY L HUGHES | Date: | 01/08/2009 |
| Property Address: | 1734 WEST 27TH STREET | Account#: | 000339703 |
| | | FHA#: | 0231116221703 |

This notice is to advise you of requirements that must be followed to accomplish a prepayment of your mortgage, and to advise you of requirements you must fulfill upon prepayment to prevent accrual of any interest after the date of prepayment.

The amount listed below is the amount outstanding on the loan for prepayment of the indebtedness due under your mortgage. This amount is good through 02/10/2009. (The amount provided is subject to further accounting adjustments. Also, any mortgage payments received or advances made by us before the stated expiration date will change the prepayment amount.)

**PAYOFF AMOUNT: $72,886.27**

You may prepay your mortgage at any time without penalty. However, in order to avoid the accrual of interest on any prepayment after the date of prepayment, the prepayment must be received on the installment due date (the first day of the month). Otherwise, you may be required to pay interest on the amount prepaid through the end of the month.

If you have any questions regarding this notice, please contact Customer Service at (800) 669-6607.

COUNTRYWIDE HOME LOANS
Mortgagee





HOME LOANS

CUSTOMER SERVICE
PO BOX 5170
SIMI VALLEY, CA 93062-5170

**Account Number 000339703**

Property Address
1734 WEST 27TH STREET

Date Prepared
01/08/2009

0043784 01 AT 0.346 **AUTO T5 1 7343 85364-702834 IN 0 PI 43827

WILLIAM C & SHELLY L HUGHES
1734 W 27th St
Yuma AZ 85364-7028

**Active Loan Mortgage Interest Statement**

## INSTRUCTIONS FOR PAYER/BORROWER

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction. Each borrower may have to include in income a share of any amount reported in box 3.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy. See the instructions for Form 1040, Schedule A, C, or E for how to report the mortgage interest. Also, for more information, see Pub. 936, Home Mortgage Interest Deduction, and Pub. 535, Business Expenses.

**Account number.** May show an account or other unique number the lender has assigned to distinguish your account.

**Box 1.** Shows the mortgage interest received during the year. This amount includes interest on any obligation secured by real property, including a home equity, line of credit, or credit card loan. This amount does not include points, government subsidy payments, or seller payments on a "buy-down" mortgage. Such amounts are deductible by you only in certain circumstances. **Caution:** *If you prepaid interest in 2008 that accrued in full by January 15, 2009, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2008 even though it may be included in box 1.* If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396, Mortgage Interest Credit. If the interest was paid on a mortgage, home equity, line of credit, or credit card loan secured by your personal residence, you may be subject to a deduction limitation.

**Box 2.** Not all points are reportable to you. Box 2 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 2 may also be deductible. See Pub. 936 to figure the amount you can deduct.

**Box 3. Do not deduct this amount.** It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, you may have to include part or all of the box 3 amount on the "Other income" line of your 2008 Form 1040. No adjustment to your prior year(s) tax return(s) is necessary. For more information, see Pub. 936 and *Itemized Deduction Recoveries* in Pub. 525, Taxable and Nontaxable Income.

**Box 4.** Shows mortgage insurance premiums which may qualify to be treated as deductible mortgage interest. See the Schedule A (Form 1040) instructions.

**Box 5.** The interest recipient may use this box to give you other information, such as the address of the property that secures the debt, real estate taxes, or insurance paid from escrow.

---

☐ CORRECTED (if checked)

| RECIPIENT'S/LENDER'S name, address, and telephone number | | * Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901<br>**2008**<br>Form **1098** | **Mortgage Interest Statement** |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS<br>CUSTOMER SERVICE<br>PO BOX 5170<br>SIMI VALLEY, CA 93062-5170 (800) 669-6607 | | | | |
| RECIPIENT'S federal identification no.<br>13-2631719 | PAYER'S social security number<br>[redacted] | 1 Mortgage interest received from payer(s)/borrower(s)*<br>$ 2,572.11 | | **Copy B For Payer** |
| PAYER'S/BORROWER'S name, Street address (including apt. no.), City, state, and ZIP code<br>WILLIAM C & SHELLY L HUGHES<br>1734 W 27th St<br>Yuma, AZ 85364-7028 | | 2 Points paid on purchase of principal residence<br>$ 0.00<br>3 Refund of overpaid interest<br>$ 0.00<br>4 Mortgage insurance premiums<br>$ 0.00 | | The information in boxes 1, 2, 3, and 4 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return. |
| Account number (see instructions)<br>000339703 | | 5 | | |

Form **1098** (keep for your records) Department of the Treasury - Internal Revenue Service