# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | SHELLY L HUGHES |
| **Case Number:** | 0:09-BK-01502-JMM    **Chapter:** 13 |
| **Date / Time / Room:** | FRIDAY, OCTOBER 30, 2009 09:15 AM   COURTROOM 1 |
| **Bankruptcy Judge:** | JAMES M. MARLAR |
| **Courtroom Clerk:** | ROBERT TOWNSEND |
| **Reporter / ECR:** | AIDA URBALEJO |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY BY COUNTRYWIDE HOME LOANS SERVICING LP

**R / M #:**   24 / 0

## Appearances:

CANDICE ORDUNO, ATTORNEY FOR SHELLY L HUGHES
LEONARD J. MCDONALD, ATTORNEY FOR BAC HOME LOANS SERVICING, L.P. BAC HOME

## Proceedings:

Ms. Orduno explains her client is hoping to pay as much to cover the mortgage payments. She adds her client is trying to sell the house. She reports a trustee sale is scheduled for November 19, 2009.

Judge Marlar discusses the statue he is bound by.

Mr. McDonald believe the Court has analyzed the issue correctly. He states grounds for relief exist and the debtor is about one year behind on payments.

Court:   It is ordered continuing the hearing to a one minute final hearing on December 9, 2009 at 9:00 AM to allow the debtor a chance to sell the property - - debtor must have a bona fide sale.